```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/24/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN SWARTZ, Individually,

    Plaintiff,

vs.

MARRIOTT INTERNATIONAL, INC., a Delaware Corporation,

    Defendant.

**MEMORANDUM ENDORSED**

Case No.:  1:20-cv-08611-GHW

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

**FOR THE PLAINTIFF:**

_/s/ Lawrence A. Fuller_
Lawrence A. Fuller, Esq.
LFuller@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL  33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505

Dated:  December 23, 2020

**FOR THE DEFENDANT:**

_/s/ Rebecca McCloskey_

Joseph J. Lynett, Esq.
Joseph.lynett@jacksonlewis.com
Rebecca M. McCloskey, Esq.
Rebecca.mcloskey@jacksonlewis.com
Jackson Lewis, P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
Telephone: (914) 872-8060
Facsimile: (914) 946-1216

Dated:  December 23, 2020

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).
SO ORDERED.

Dated:  December 23, 2020

_/s/ Gregory H. Woods_
GREGORY H. WOODS
United States District Judge